FILED MAY 28 2008

FILED JUN 9 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Warden M.S. Evans
Salinas Valley State prison and
Attorney general
State of California
                        Plaintiff,

vs.

Rodrigo Vasquez Hernandez

                        Defendant.

CASE NO. CV 08 2892 TEH (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Rodrigo Vasquez Hernandez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: n/a          Net: n/a

Employer: n/a

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Kragen Auto parts.  may 2003
5  gross (est) $2,080 per month
6  net (est) $1,540 per month

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.  Business, Profession or                Yes ___ No ✓
10       self employment
11   b.  Income from stocks, bonds,             Yes ___ No ✓
12       or royalties?
13   c.  Rent payments?                         Yes ___ No ✓
14   d.  Pensions, annuities, or                Yes ✓ No ___
15       life insurance payments?
16   e.  Federal or State welfare payments,     Yes ___ No ✓
17       Social Security or other govern-
18       ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21  disability retirement pension.
22

23 3.  Are you married?                         Yes ___ No ✓
24 Spouse's Full Name: n/a
25 Spouse's Place of Employment: n/a
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ n/a          Net $ n/a
28 4.  a.  List amount you contribute to your spouse's support: $ n/a

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  RSH · 8 years old — $500.00
6  REH · 5 years old — $500.00
7  5. Do you own or are you buying a home?   Yes ___ No ✓
8  Estimated Market Value: $ n/a   Amount of Mortgage: $ n/a
9  6. Do you own an automobile?   Yes ___ No ✓
10  Make n/a   Year n/a   Model n/a
11  Is it financed? Yes ___ No ✓  If so, Total due: $ n/a
12  Monthly Payment: $ n/a
13  7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: n/a
15  
16  Present balance(s): $ n/a
17  Do you own any cash? Yes ___ No ✓  Amount: $ n/a
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)  Yes ___ No ✓
20  
21  8. What are your monthly expenses?
22  Rent: $ n/a   Utilities: n/a
23  Food: $ n/a   Clothing: n/a
24  Charge Accounts: n/a
25  Name of Account         Monthly Payment         Total Owed on this Account
26  n/a                     $ n/a                   $ n/a
27                          $                       $
28                          $                       $

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  IRS - $1,700 (est) TAX Levy
4  _____
5
6  10.  Does the complaint which you are seeking to file raise claims that have been presented
7  in other lawsuits?   Yes ___   No ✓
8  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
9  which they were filed.
        n/a
10 _____
11 _____
12     I consent to prison officials withdrawing from my trust account and paying to the court
13 the initial partial filing fee and all installment payments required by the court.
14     I declare under the penalty of perjury that the foregoing is true and correct and
15 understand that a false statement herein may result in the dismissal of my claims.
16
17 May 26, 2008                              [signature]
       DATE                           SIGNATURE OF APPLICANT
18
19
20                              Case Number: _____
21
22
23
24
25
26
27
28

- 4 -

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **V54637 Hernandez, Rodrigo** for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT  [prisoner name]
P.O. BOX 1020
SOLEDAD, CA 93960-1020
_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **0** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **0**.

Dated: **5/29/08**     **L. Macias**

[Authorized officer of the institution]

```
REPORT ID: TS3030   .701                              REPORT DATE: 05/29/08
                                                      PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                        SALINAS VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: NOV. 01, 2007 THRU MAY 29, 2008

ACCOUNT NUMBER : V54637                    BED/CELL NUMBER: FBB3T1000000143L
ACCOUNT NAME   : HERNANDEZ, RODRIGO VASQUEZ     ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY

     << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                          CURRENT HOLDS IN EFFECT
     DATE          HOLD
    PLACED         CODE       DESCRIPTION            COMMENT       HOLD AMOUNT
    ------         ----    -------------------     -----------     -----------
  02/16/2006       H104    DAMAGES HOLD            2095 JEAN           18.25
  08/04/2006       H107    POSTAGE HOLD            0354 PPOST           1.59
  10/24/2006       H107    POSTAGE HOLD            1203 PPOST           6.15
  12/11/2006       H107    POSTAGE HOLD            1669 PPOST           5.60
  01/08/2007       H107    POSTAGE HOLD            1939 PPOST           2.79

                            TRUST ACCOUNT SUMMARY
    BEGINNING       TOTAL        TOTAL        CURRENT       HOLDS     TRANSACTIONS
     BALANCE       DEPOSITS    WITHDRAWALS    BALANCE      BALANCE    TO BE POSTED
    ---------     ---------    -----------    -------      -------    ------------
       0.00          0.00         0.00          0.00        34.38         0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5/29/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _L. Macias_ SVSP
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
---------
    34.38-