C08-2892TEH

Dear Clerk,

I submitted my Federal Habeas Corpus. I failed to request for Oral Arguement as is my right. I am diligent and requested to proceed Pro Se, representing myself until the court appoints an attorney for me. My original Superior case number is C315300 filed in the courts of San Jose, Santa Clara County.

Have I be assign a case number in the Federal Habeas Corpus? Please send me any information pertaining to my Federal Habeas Corpus. Thank You.

Rodrigo V. Hernandez
V54637  B3-143
S.V.S.P.
P.O. Box 1050
Soledad, Ca. 93960-1050

RECEIVED
JUN 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA