June 19, 2008

United States District Court
Northern District of California
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, Ca. 94102-3483

RE: Case No. CV 08 2892 TEH

Dear Clerk of the Court

I received notice, June 18, 2008, Federal Habeas Corpus case no. CV 08 2892 has been designated for the Electronic Case Filing (ECF) program.

Enclose you will find California Department of Correction Operations procedure 21 concerning utilization of the law library, photo copies, and the non-use of a computer.

There are two solutions:
1. The court orders I be permitted to obtain and use a laptop computer at my own expense.
2. Appoint legal counsel to represent me in the ECF program.

Oral arguements are requested

Rodrigo Vasquez Hernandez
V54637   B3-143
SVSP - 31625 Hwy 101
P.O. Box 1050

RECEIVED
JUN 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| California Department of Corrections Salinas Valley State Prison OPERATIONAL PROCEDURE #21 | TITLE: Education Services/Recreation /Library/Inmate Orientation/Bridging DEVELOPED: March 1999 REVISED: April 2004 |
|---|---|

**AUDIO TAPES**

located in the A and C Facility libraries. One complete book on audiotape may be checked out at a time, using the normal book checkout process. This does not supercede the housing units limit on maximum number of tapes.

**21.9.7 LAW LIBRARY INMATE ACCESS**

Inmates requesting Law Library access will submit a request for library use through the mail or sign up at the library window. The reason for access and materials needed must be carefully defined. The number of inmates allowed in any facility is determined by the Fire Marshall and is posted in each library. This is a maximum number and may be limited by institutional needs.

Under normal circumstances, Facility A, B, C, and D Libraries will be open to general populations from 0815 to 1145 hours and 1215 to 1515 hours as staffing and security conditions permit. This will include at least one day each weekend. Library schedules will be posted in each facility.

**21.9.8 LIBRARY HOURS**

Upon submission of a written request to the Senior Librarian, inmates in the Correctional Treatment Center (CTC) or Department of Mental Health (DMH) for more than ten days will receive Law Library materials via the paging system. Permanent residents of CTC may be given physical access to mainline libraries if health and safety conditions permit and their requests cannot be filed by paging.

**21.9.9 ADMINISTRATIVE SEGREGATION LIBRARY SERVICES**

All inmates housed in administrative Segregation (Administrative Segregation) will have access to Law Library to ensure that they have adequate access to the courts. Inmates housed in Administrative Segregation may request to use the Administrative Segregation Law Library via institutional mail, or by placing a request with custody staff assigned as the Law Library Officer. The Administrative Segregation Law Library is currently open from 8:00 a.m. to 3:00 p.m., excluding one thirty-minute lunch. Administrative Segregation inmates who do not require physical access to the Law Library, but need forms, cases, petitions, or questions answered, will be serviced through a paging system. The Administrative Segregation Legal Library Officers will deliver Administrative Segregation Legal materials.

Only duplicated legal resources, no law books or serials (newspapers, magazines, periodicals) will be provided to inmates in Administrative Segregation. An index of available legal materials will be maintained with Custody Staff, and made available to inmates upon request. There is no charge for these materials; however, they remain the property of Salinas Valley State Prison. They will be treated in the same manner as

---

| California Department of Corrections Salinas Valley State Prison OPERATIONAL PROCEDURE #21 | TITLE: Education Services/Recreation /Library/Inmate Orientation/Bridging DEVELOPED: March 1999 REVISED: April 2004 |
|---|---|

**21.10.4 PHOTOCOPIES**

Requests for legal supplies and photocopies will be made on a Legal Material Request form (available in the library) and must be approved by library staff. The Senior Librarian or the Supervisor of Academic Instruction must approve copies or supplies totaling over $25.00 in a single month. Library staff will have five working days to complete photocopy requests during normal operations. All inmates must submit a CDC 193 Trust Account Withdrawal Order for legal supplies or copies. The Inmate Trust Account Office determines whether or not an inmate is indigent.

There is a photocopy charge of $0.10 per page. Photocopy service is provided according to DOM 14010.21, Legal Copying service. Legal documents as defined in DOM 14010.21.2 shall be copied for all inmates regardless of their financial status. All requests for copies of legal work shall be in strict compliance with the respective courts' rules concerning the number of copies required per motion and/or petition, writ, complaint, etc. CDC Disciplinary actions and forms will be photocopied only if they are part of a court ordered submission. Copy service is only provided for court-mandated items. No discretionary copying will be authorized.

**EXHIBITS:** All exhibits cited in the legal work shall be photocopied according to the following criteria:

A. Exhibits must be identified (labeled), with each page numbered.

B. Exhibits must be cited in the motion and/or petition, writ, complaint, etc., which is being prepared.

One additional copy of a petition for a writ of Habeas Corpus filed in state court shall be provided to the inmate for mailing to the appropriate district attorney and/or the Attorney General. Copies will not be provided for litigation concerning any matters not related to an inmate's grounds of incarceration or conditions of confinement.

**21.9.5 LOST AND OVERDUE BOOKS**

There will be a minimum charge of $10.00 for a lost, damaged or unreturned paperback book, $.10 per page for a lost, damaged or unreturned electronic printout, and a $50.00 charge for a lost, damaged or unreturned talking book. Inmates will be charged after an item is three weeks overdue and two overdue notices have been sent to the inmate. Once the money has been removed from the inmate's account, the money will not be refunded even if the book is subsequently returned.

**21.9.6** Talking books for the visually impaired and physically handicapped are





| California Department of Corrections Salinas Valley State Prison OPERATIONAL PROCEDURE #21 | TITLE: Education Services/Recreation /Library/Inmate Orientation/Bridging DEVELOPED: March 1999 REVISED: April 2004 |

**ATTACHMENT "A"**

## SALINAS VALLEY STATE PRISON
## LIBRARY ACCESS REQUEST

INMATE REQUESTER:                                   DATE: _____

INMATE NAME _____   CDC NUMBER _____   BLDG/CELL _____

WORK/ASSIGNMENT _____   HOURS _____   RDO'S _____

☐ UNASSIGNED

I am requesting access to the library for the purpose of:

☐ Conducting legal research        ☐ Requesting legal copies
☐ Enrolling as a PLU               ☐ Leisure Reading/Research

Preferred Legal Users (PLU's) are those with a verified court deadline within 30 days and representing themselves in the action. Only inmates acting "in pro per" will be afforded PLU status. PLU's will receive priority access to the library. To request PLU status, an inmate must submit a written request. Law Library Access and include the line, "I am a PLU." If the inmate indicates that he is a PLU but cannot provide proof indicating a court deadline, he is in violation of Director's Rule 3021 and subject to a CDC 115.

When court documents are unclear for purpose of establishing a deadline, library staff will need clarification to be provided by the inmate.

☐ I AM A PLU.                My basis for this declaration is: _____

SVSP Supplement 53060.16
INMATES WITH
COURT DEADLINES
(Revision 2/98)

Court: _____   Active Case Number: _____   Deadline Date: _____

Inmate Signature _____

---



| California Department of Corrections Salinas Valley State Prison OPERATIONAL PROCEDURE #21 | TITLE: Education Services/Recreation /Library/Inmate Orientation/Bridging DEVELOPED: March 1999 REVISED: April 2004 |

**ATTACHMENT "B"**

## LEGAL MATERIAL REQUEST

NAME: _____   CDC# _____   BLDG/CELL# _____

If you do not require physical access to the Library, but need to obtain miscellaneous writs/petitions, or need to obtain information through the Library, you may submit the Legal Material Request form either to the Law Library or submit it through the institutional mail.

**BOOKS WILL NOT BE SENT TO CELLS**

LEGAL MATERIAL REQUESTED:

1. _____
2. _____
3. _____
4. _____
5. _____

Be as specific as possible when you order legal material so that the correct material is sent to you and avoid delays.

STAFF RESPONSE: _____

STAFF NAME: _____
DATE RECEIVED AT LIBRARY: _____
DATE RETURNED TO INMATE: _____

INMATE SIGNATURE OF RECEIPT: _____

| | |
|---|---|
| Department of Corrections<br>Salinas Valley State Prison<br>OPERATIONAL PROCEDURE<br>#21 | Library/Inmate Orientation/Bridging<br>DEVELOPED: March 1999<br>REVISED: April 2004 |

provided. Inmate requests for both paging and physical access for the same week will not be honored.

All inmates whose movement is restricted may request legal materials or emergency stationery supplies via paging. Legal Material Request forms may be submitted through institutional mail. Case Law, court addresses, or other "How to" information is made available at no cost to inmates unable to physically access the library. No more than three sets of photocopies, or 25 pages, will be copied per request. No more than two requests will be honored in any one week. A signed Trust Account Withdrawal Order must accompany all requests for emergency stationery supplies. Copies of confidential legal materials should not be entrusted to institutional mail, but may be submitted to a designated Housing Officer who will sign a receipt for the material and ensure its delivery to the Law Library Drop Box prior to the conclusion of his shift.

**21.9.17**

**TRACKING PROCEDURES FOR LEGAL COPY REQUESTS DURING LOCKDOWN**

A locked, **Law Library Drop Box** is situated outside the Program Office at each facility. During a lockdown or emergency situation, when PLU or GLU inmates are not allowed movement to the Law Library for photocopying, the following procedures will be implemented.

1. The inmate will package legal materials for copying, or prepare a PLU application with supporting documentation, and prepare a five-part "Inmate Request for Library Services" form. (See attached sample A). This tracks the chain of control and will identify the requested service (legal material to be photocopied, paging, or PLU application processing) and will include the inmate's name, CDC#, and housing. Inmates are authorized to submit no more than two packets, or a total of 150 pages for legal copies, weekly while on lockdown.

2. A designated Third Watch Housing Officer shall collect (receive) a maximum of two inmate packets of legal materials, or a total of 150 pages, per inmate. The Housing Officer shall sign the prepared form, clearly indicating his name and signature, date, time and general description of materials received, when picking up the inmate materials. The inmate will retain the first copy of the request form.

3. The officer receiving the inmate's legal material shall place it in the facility Law Library Drop Box before the end of his watch. This is confidential material and must not be read or handled unnecessarily by the officer.

---

| | |
|---|---|
| Department of Corrections<br>Salinas Valley State Prison<br>OPERATIONAL PROCEDURE<br>#21 | Library/Inmate Orientation/Bridging<br>DEVELOPED: March 1999<br>REVISED: April 2004 |

4. Each morning, the facility's Law Library staff will open the Law Library Drop Box, retrieve all materials inside, sign the inmate request forms, and log all legal materials in to the Law Library for processing. The second copy of the request form will be mailed to the housing unit to show the chain of control.

5. Legal Materials and PLU applications shall normally be processed within five business days.

6. Once the legal materials are processed, the Library staff shall deliver the completed legal copies to the housing unit. The receiving officer shall sign the third copy of the request form, which the Library staff will retain.

The designated Third Watch Housing Officer will return the legal material to the inmate. The inmate shall be required to sign the fourth copy of the request form to acknowledge receipt of his material. This copy will be retained in the housing office. The inmate retains the fifth (final) copy for his records.

**21.10.1**

**INMATE ORIENTATION PURPOSE AND OBJECTIVE**

The purpose of this procedure is to establish specific guidelines for the Orientation process.

The objective is to provide staff with specific steps in processing all Orientation inmates from the time they are received in Receiving and Release (R&R) until they are either transferred or released by Initial Classification Committee (mainline inmates) or a housing determination is made by the Institutional Classification Committee (Administrative Segregation Inmates).

**21.10.2**

**RESPONSIBILITY**

**Captains**

The Correctional Captain, Operations is responsible to ensure that the staff designated as Screening Authority (Lieutenant/Housing Sergeant) provides appropriate housing of all newly arrived inmates.

**Lieutenant/Housing Sergeant**

The Screening Authority – Lieutenant/Housing Sergeant shall be responsible to review each inmate's Central File and interview the inmate to determine appropriate housing during the orientation period. The Screening Authority will review the inmate's file for any concerns such as DDP or DPP chronos that could affect the inmate's initial housing placement.

**Medical Department**

The Health Care Services Department is responsible for evaluating the inmate's physical, dental, and mental health during the initial screening. A Registered Nurse/Senior MTA will review inmate's medical file for any



| California Department of Corrections Salinas Valley State Prison OPERATIONAL PROCEDURE #21 | TITLE: Education Services/Recreation /Library/Inmate Orientation/Bridging |
|---|---|
| | DEVELOPED: March 1999 |
| | REVISED: April 2004 |

CDC 128B

All inmates released from orientation status will be required to sign the following generic CDC 128B:

INMATE DOE,

I agree to participate in the program established by Initial Classification and can safely remain on this Facility.

Inmate Name _____  CDC Number _____ Date _____

Housing _____

The above Inmate has completed the orientation process on Facility ___. This inmate may receive his personal property and standard issue of inmate clothing.

Correctional Counselor I _____  Date _____

Original to C-file
CC: R&R
    Clothing Room
    Inmate

*********************************************

## 21.11.1 BRIDGING PROGRAM PURPOSE AND OBJECTIVE

To provide education programming for "day-for-day" credit eligible inmates per Penal Code (PC) Section 2933. This procedure includes the priority assignment of those inmates eligible to receive day-for-day credit in GP institutions.

The objective of this procedure is to provide instruction for staff involved in the program and guidelines for inmates participating in the program. This education program will focus on Education Assessment, Anger Management, Cognitive Based Re-Entry Orientation, Life Skills, and an Individual Training Plan during incarceration.

The education services in the Bridging Education Program will not be delivered through the traditional self-contained classroom environment, but rather through various distance learning education methods. These methods may include, but are not limited to, the teacher personally delivering instructional material to inmates in assigned housing unit/cell/dorms, the teacher delivering audio-visual material via electronic means to the inmate in housing unit/cell/dorm, or where feasible, delivering the material to inmates in small groups. Because this program utilizes the distance learning methodology, inmates will be required to remain in their housing unit/cell/dorm during duty hours as described on the Inmate Job Description designated for the Bridging Education Program.

---



| California Department of Corrections Salinas Valley State Prison OPERATIONAL PROCEDURE #21 | TITLE: Education Services/Recreation /Library/Inmate Orientation/Bridging |
|---|---|
| | DEVELOPED: March 1999 |
| | REVISED: April 2004 |

## 21.11.2 REFERENCES

Departmental Operations Manual (DOM) Section 53030.6, Institution Social Services.

DOM, Section 53090, Education Services

California Code of Regulations (CCR), Title 15, Chapter 1, Article 3, Work and Education.

CCR, Title 15, Chapter 1, Article 3.5, Credits

PC 2053.1, Literacy Implementation Plan

Penal Code (PC), Section 2933, Work time credit on sentences.

## 21.11.3 METHODS

This procedure establishes a 54 student to one teacher ratio (54:1), specifically for the GP Bridging Education Program. The 54:1 ratio is limited to the positions covered under this procedure. As openings occur, inmates will transition from the Bridging Education Program into academic programs or general work assignments. Students will remain in the Bridging Program until transferred into traditional assignments, usually within 60 days. This creates a fast turnover of enrolled students since the Bridging students have priority status.

Within 14 days of arrival at the GP institution, the inmate will receive an orientation packet and/or attend an orientation session presented by Salinas Valley State Prison staff, which will cover rules, behavior expectation, and programs that are available at the institution. The inmate will be able to consider information obtained during orientation in advance of their Initial Classification Committee hearing, so that they will be prepared to participate in discussions regarding their program interests.

Day-for day eligible inmates received from an RC, who are currently assigned to a Bridging Education Program, will be transitioned into the GP Bridging Education Program until they are assigned to traditional academic or other work assignment. When a student is assigned to the Bridging Program (GP), the teacher will have 72 hours to contact the inmate and provide orientation to the program.

## 21.11.4 BRIDGING PROGRAM DESCRIPTION

The General Population Bridging Program is a distance-learning program designed to allow students to learn in an independent manner utilizing individual study packets. This program is mandatory for all inmates who are eligible for day-for-day credit earning status. The Inmate Assignment Office will automatically assign eligible inmates to the program based on the list generated from Sacramento.

This is a personal growth and development program. Assignments included in

| Department of Corrections Salinas Valley State Prison OPERATIONAL PROCEDURE #21 | Inmate Education Services/Recreation /Library/Inmate Orientation/Bridging DEVELOPED: March 1999 REVISED: April 2004 |
|---|---|

**21.10.4 ORIENTATION VIDEO, ORIENTATION BOOKLET, & TITLE 15**

R&R will issue each inmate an SVSP Orientation Booklet and a copy of CCR Title 15. The inmate will sign a CDC 128-O indicating receipt of the documents. R&R staff will inform vision-impaired inmates that the Orientation Booklet and Title 15 are available on cassette in the library for check out. An Orientation Video will be played while inmates are in the holding cell at R&R.

**21.10.5 ORIENTATION HOUSING**

**Level I Inmates**

Inmates who have CSR endorsements to SVSP I will be housed in the Facility B Gymnasium while on orientation status. When the Institutional Classification Committee grants an inmate Minimum B Custody, he will be processed through R&R to Facility E as beds become available.

**Level IV Inmates**

Inmates who have CSR endorsements to SVSP IV, will be housed in either Complex I (270-design) or Complex II (180-design) on orientation status. After Initial Classification, inmates will be released to normal program. Inmates endorsed for 270 design housing may be housed in 180 design units as a temporary measure. Inmates endorsed for 180 design housing may not be housed in 270 design units unless they are DPW and no appropriate ADA cell is available in the 180 design units. This will require approval from the Captain or above and is a temporary placement until an ADA cell is available on the appropriate complex.

**Enhanced Outpatient Program (EOP)**

Newly arrived inmates endorsed for EOP will be designated Phase I and housed on single cell status pending IDTT/UCC review.

**Developmental Disability Program (DDP)**

During initial bus intake screening, inmates observed, as being potentially developmentally disabled will be referred to the Medical Department for screening tests and evaluation by designated staff. The C&PR Office I.C.I.S. Database will track inmates identified as DDP after evaluation by the Medical Department. DDP inmates are to be housed as GP inmates.

**Administrative Segregation Inmates**

Any inmate, who requires Administrative Segregation placement during the intake process, shall be medically cleared for Ad/Seg, and a CDC-114D shall be prepared prior to placement (refer to OP #36 for detailed procedures). During business hours, the Screening Lieutenant/HOUSING SERGEANT shall be responsible for preparing the CDC-114D. During non-business hours, the responsibility shall be the Watch Commander's. Reasons for placement include such issues as no Central File, prison gang membership/associate/affiliate, paroled from SHU, enemy situation, etc. (DOM Section 62050.10.3). The R&R Sergeant will ensure that the completed CDC 114D and CDC 114-A1 will be forwarded to the affected Facility Captain on the date of Administrative Segregation placement.

Inmates housed within Administrative Segregation shall be seen by the ICC within 10 days of placement to determine the need for further retention. When ICC determines that the inmate can be released, ICC will release him to the



Page 26 of 33

---

| Department of Corrections Salinas Valley State Prison OPERATIONAL PROCEDURE #21 | Inmate Education Services/Recreation /Library/Inmate Orientation/Bridging DEVELOPED: March 1999 REVISED: April 2004 |
|---|---|

appropriate facility. If ICC determines that the inmate cannot be released, ICC will refer him to the next CSR for transfer.

Newly arrived inmates will be placed on Orientation Status pending review by Initial Classification Committee. Inmate's on Orientation Status will adhere to the following program:

**21.10.6 ORIENTATION STATUS RESTRICTIONS**

**Movement**
All movement while on orientation status will be under staff escort, this includes meals and medical appointments.

**Yard**
No yard or dayroom activities while on orientation status.

**Feeding**
Orientation inmates shall be fed separately from general population inmates or fed in their assigned cell (normally after general population feeding).

**Clothing**
Inmates on orientation status will be dressed in the white orientation jumpsuit at all times when outside of their assigned cell. They will receive an initial issue of undershirts, boxer shorts, and socks within three days of arrival. Inmates on orientation status will not be issued blue chambray shirts or denim jeans until released from orientation by Initial Classification. Orientation inmates will be allowed a one for one exchange of the jumpsuit, after seven days.

Inmates that are hearing impaired or vision impaired (designated DPH or DPV on the CDC 1845) will be issued a yellow vest and informed of the requirement to wear the vest at all times when outside of their cell.

**Telephones**
Orientation inmates will be allowed emergency telephone calls only through the Facility Lieutenant or CCI, who will verify the emergency.

**Law Library**
Orientation inmates will be allowed access to the Law Library with approval of the Librarian for such things as a pending court date (DOM 53060.10).

**Visiting**
All visits will be limited to one-hour non-contact until released from Orientation Status by Initial Classification Committee.

**Medical Services**
Inmates wishing to be seen for sick call will inform the Floor Officer, who will contact the Facility MTA and arrange for an escort.

**Initial Classification**
The Facility CCII shall schedule all newly arrived inmates for initial classification within fourteen days of arrival. All inmates will be on orientation status for no more than 14 days until released by Initial Classification Committee (See DOM 62010.8.3). Initial Classification will establish a program for each inmate, determine appropriate housing and release the inmate to General Population. Privilege cards will be issued during Initial Classification.

**21.10.7 RELEASE TO GENERAL POPULATION**

Once an inmate is reviewed by Initial Classification and released to General Population, the following process will be adhered to:

Page 27 of 33



| | |
|---|---|
| California<br>Department of Corrections<br>Salinas Valley State Prison<br>**OPERATIONAL PROCEDURE #21** | **TITLE:** Education Services/Recreation /Library/Inmate Orientation/Bridging<br>**DEVELOPED:** March 1999<br>**REVISED:** April 2004 |

**21.10.3 METHODS**

When an inmate arrives at SVSP, the Scheduled Screening Lieutenant/Housing Sergeant and a Registered Nurse/Senior MTA will review the Central File/Medical File and interview each inmate before he is housed. Review of the Central File will include, but not be limited to the following:

- CDC 128G, Endorsement Chrono
- CDC 812 Gang and enemy information
- CDC 127 Emergency Notification
- Confidential File
- High Profile/Notoriety Cases
- CDC1845 and DPP documentation
- CDC 128C-1 Medical and Psychiatric concern
- Prior Security Housing Unit (SHU)/Administrative Segregation (Ad-Seg) Placement

**Correctional Counselor**

Designated CCI's are responsible to review each inmate's case factors for Initial Classification Committee. The CCI will make program recommendations for the inmate to the Committee, based on their review.

**Education Department**

The Education Department is responsible for grade point level (gpl) testing of all inmates within thirty (30) days of initial classification. The TABE establishes gpl's for reading, math, language and an overall average. These results will be sent to the affected Correctional Counselor I (CCI), the inmates' Central file, education file and the inmate. Inmates on orientation status will also receive an overview of Salinas Valley State Prison educational opportunities to include pre release and recreational information.

**Records**

SVSP Records Department will be responsible to take receipt of the Central Files, calculating release dates, processing holds/warrants/detainers, auditing files, etc.

**Watch Commander**

The on duty Watch Commander is responsible to ensure inmates are escorted to the designated orientation housing units and housed in a timely fashion after the initial screening is completed.

**R&R**

The R&R Sergeant or initial intake officer is responsible to ensure the Central File and related files are given to the Records Intake Desk after the initial screening process is complete. The R&R Sergeant or intake officer will ensure the CDC-135 (transfer record) and CDC 1882 (initial housing review) is hand delivered to Central Control, listing all inmates and noting pertinent information (race, age, gang affiliation, single cell status, etc.) for orientation housing.

Health Care concerns, which could affect the inmate's initial housing assignment. If an issue arises during the medical file review that requires follow up, the Registered Nurse/Senior MTA will initiate a referral to the appropriate Health Care Service (mental health, medical, dental, etc.). This follow up will be completed within three days of the inmate's arrival and documented on a CDC 128C.

---



| | |
|---|---|
| California<br>Department of Corrections<br>Salinas Valley State Prison<br>**OPERATIONAL PROCEDURE #21** | **TITLE:** Education Services/Recreation /Library/Inmate Orientation/Bridging<br>**DEVELOPED:** March 1999<br>**REVISED:** April 2004 |

**Bus Schedule**

The R&R Sergeant shall distribute the weekly bus schedule and the respective month's calendar listing of the designated Lieutenant for intake screening.

The R&R Sergeant shall immediately notify the designated Screening Lieutenant/HOUSING SERGEANT and the designated Registered Nurse/Senior MTA of the arrival of new inmates. The staff shall respond to R&R within thirty minutes of R&R Sergeant's notification.

**Intake Screening**

Failure of designated medical staff to respond within thirty minutes shall be reported to the Chief Medical Officer (CMO)/Medical Officer of the Day (MOD) by the Watch Commander.

R&R staff will ensure that each inmate is accounted for and informed of the orientation process and departmental grooming standards. R&R staff will conduct an unclothed body search (a hand-held metal detector will be used).

**R&R**

Refer to Operational Procedure #9 for clothing issue.

**Initial State Issue Clothing and Supplies**

During the initial screening process, R&R staff will inventory and issue the inmates personnel property for general population new arrivals (orientation status). New arrival inmates requiring Administrative Segregation housing will not be issued personal property. The exception to this property restriction is the issuance of medically prescribed devices and legal property for active cases. As per CCR 3191(c) an inmate's personal property that is not allowed at SVSP, will either be:

1. mailed home at the inmate's expense
2. donated to charity, or
3. donated to the facility

**Inmate Property**

Upon completion of the R&R screening process, the R&R Sergeant shall ensure that the Central File and all related files are transported to the intake Desk in Records.

**Central Files**

R&R will provide Central Control with a CDC-135 and completed CDC 1882 for each respective bus schedule / special transport. The CDC 135 and CDC 1882 shall be completed with the inmate's name, prison number, and pertinent information (i.e. age, ethnicity, gang status, etc). The Central Control Staff will then contact R&R with the respective cells for those inmates.

**Central Control**

This information will be used to assign orientation cells to the inmates. *Refer to Operational Procedure #36 for detailed procedures regarding assigning cells.*

- CDC-1882, Initial Housing Review
- CDC 1882A and/or 1882B, GP/ASU Double Cell Review

Case 3:08-cv-02892-TEH   Document 4   Filed 06/23/2008   Page 8 of 9



| California Department of Corrections Salinas Valley State Prison OPERATIONAL PROCEDURE #21 | TITLE: Education Services/Accreditation /Library/Inmate Orientation/Bridging DEVELOPED: March 1999 REVISED: April 2004 |
|---|---|

the program will allow inmates to explore career choices, anger management, employment options, life skills and personal life planning for successful community transition and productive incarcerated time.

The Bridging Program instruction is not delivered through the traditional CDC self-contained classroom method, but rather through various distance education methods. The GP Bridging Education Program curriculum will be supported utilizing such formats as the institutional closed-circuit TV channel, teacher delivered instruction via traditional means in small or large groups, or face-to-face cell-front contact, as available.

Bridging Program teachers will make weekly personal contact with each inmate assigned to the program, to review completed work, assign individual packets, discuss learning styles, provide resource, and to offer assessment and feedback. Students will be responsible for completing and turning in their assignments on a daily and/or weekly basis, in the time allotted by the teacher. Testing and assessment of all inmates will be conducted to determine progress. Education staff will monitor inmates in the program to ensure accountability and participation.

Bridging teachers will check the Daily Movement Sheet (DMS) daily for tracking assignments and un-assignments of Bridging students. The Daily Movement Sheet will be supplemented for cross-reference with a Bridging Tracking List supplied by the Testing Center that is generated daily from the DDPS download. Records for un-assigned students will be completed along with a drop chrono. Records for those students that are transferring or paroling will immediately be forwarded to Records for placement in the C-File. Records for those students that have been reassigned to education or a job will be forwarded to the Education Registrar.

Inmates assigned to the Bridging Program are to remain in their cells during their hours of assignment, as stipulated on their Job Description; duty hours are Monday-Friday 6:45-11:15, 11:45-3:45 with RDO's Saturday, Sunday and Holidays. Failure to remain in the cell during work hours (except for Priority Ducats) is grounds for removal from the program and loss of ability to earn day-for-day credit.

Inmates in the Bridging Program will be provided with institutional services based on the procedures set forth on each yard, as long as it remains within the scope of safety and security of that facility.

The Arts in Corrections (AIC) Bridging Education Program will establish a separate creative arts component that enriches and enhances inmate programming.

The Bridging Program (AIC) is not a recreational program. Inmates who are eligible for day-for-day credit earning status will be assigned as participants to the Arts in Corrections facilitator in a manner similar to the Education General

Page 30 of 33

---

| California Department of Corrections Salinas Valley State Prison OPERATIONAL PROCEDURE #21 | TITLE: Education Services/Accreditation /Library/Inmate Orientation/Bridging DEVELOPED: March 1999 REVISED: April 2004 |
|---|---|

Population Bridging Program. The AIC facilitator will have weekly face-to-face contact with AIC participants, but will also ensure that inmates are given creative artistic projects to be completed in their cells. AIC participants will be expected to complete art projects and turn them in to the Art facilitator in the allotted time.

The Arts in Corrections Bridging Program has the same format and responsibilities as the General Population Bridging Program.

**21.11.5 BRIDGING PROGRAM RESPONSIBILITIES**

Case Records will determine the PC 2933 credit earning eligibility status of all inmates in the GP. This information will be input into Automated Release Data Tracking System. Case Records will provide the Inmate Assignment Office (IAO) with this information on a weekly basis.

The IAO will use Case Records eligibility information to assign inmates into the GP Bridging Education Program, if there are no vacant traditional inmate assignments.

The IAO will ensure that priority will be given to the assignment of inmates on waiting lists who are eligible for day-for-day credit earning, pursuant to PC Section 2933. These inmates will be prioritized for all inmate job assignments in accordance with their credit earning status and release date, starting with the earliest release date. If there are no day-for-day eligible inmates awaiting assignment, the IAO will revert to assigning other inmates to job assignments commensurate with current procedures.

**21.11.6 BRIDGING PROGRAM ELIGIBILITY CRITERIA**

All inmates eligible for day-for-day credits pursuant to PC 2933 are eligible to participate in the Bridging Education Program.

Inmates who are not housed in an Administrative Segregation Unit are eligible for the Bridging Education Program.

EDWARD J. CADEN                              DATE:
WARDEN (A)
SALINAS VALLEY STATE PRISON

Page 31 of 33



California
Department of Corrections
Salinas Valley State Prison
OPERATIONAL
PROCEDURE
#21

TITLE: Education Services/Recreation
/Library/Inmate Orientation/Bridging
DEVELOPED: March 1999
REVISED: April 2004

**21.9.10 LAW LIBRARY COLLECTION**

regular library book checkout and must be returned when due.

Law books may only be used in the Law Library. Law Library staff may not provide assistance to inmates in the form of legal advice, filing out of legal forms, or interpretation of the law. Libraries provide access to the complete legal collections mandated in DOM 53060.11. Other reference materials, directories, and legal forms for state and federal courts are also available. Typewriters are only available to verified DPP inmates requiring their use to complete submissions. They are not required by the courts.

**21.9.11 CIRCULATING LAW LIBRARY**

Additional legal material (including those materials that were formerly in CDC's Circulating Law Library, DOM 53060.14) may be borrowed through the Inter Library Loan (ILL) system. Inmates should submit a request on a Legal Material Request form. Library staff will place the request with the Mountain Valley Library System. The inmate will be notified when the material is available. This normally takes three weeks.

**21.9.12 INMATES WITH COURT DEADLINES**

Priority Legal Users (PLU) are those with a verified court deadline within 30 days, and representing themselves in the action. Only inmates acting in "pro per" will be afforded PLU status. PLU's receive priority access to library services. Physical access is only permitted during an inmates non-working hours. To request PLU status, an inmate must submit a Library Access Request and check the "I am a PLU" box. Designations of the court, active case number and deadline must be included. When court documents are unclear, for purposes of establishing a deadline, the inmate must provide clarification in the form of a court rule, or similar rule, which requires a response to the court within thirty days. Ongoing cases, court appearances, and the dismissal of an action are not considered deadlines without supporting documentation indicating a court submission is required within thirty days. Deadlines for small claims actions, or other civil actions, not directly related to an inmate's original conviction, or conditions of confinement, do not qualify for PLU status. There is no automatic ducating of either PLU or GLU inmates.

***Each access period must be requested in writing.***

**21.9.13 PLU ACCESS TO LIBRARY**

Library staff will keep a logbook of all inmates with a verified court deadline. The logbook will include the inmate's name, CDC number, deadline date, case number, and the court issuing the document. PLU's shall receive physical access to the library a minimum of one session, of two-hours per week, when it is required for access to the requested legal materials and it does not conflict with yard lockdowns or safety and security issues. This access cannot conflict with an inmate's assigned work incentive program. Additional time will only be made

---



California
Department of Corrections
Salinas Valley State Prison
OPERATIONAL
PROCEDURE
#21

TITLE: Education Services/Recreation
/Library/Inmate Orientation/Bridging
DEVELOPED: March 1999
REVISED: April 2004

available if all GLU access requirements have been met, and institutional resources allow. If a PLU has more than one verified court deadline at the same time, he will only receive PLU status on one deadline; however, he may work on both deadlines. An inmate may delegate his PLU status to another inmate in the same facility. Both inmates must sign a Transfer of Preferred Legal User status form in the presence of library staff before the original inmate's PLU status can be delegated. Inmates who accept a transfer of PLU status must act in accordance with CCR, Title 15, Section 3163. Delegated PLU status is limited to 14 days. Extensions will require a review by the Senior Librarian.

If an inmate with PLU status transfers his PLU status to another inmate, he no longer has PLU status, even if he has another deadline. If an inmate has accepted a PLU transfer, and also has a personal court deadline, he may receive PLU status for only one case.

**21.9.14 ACCESS TO LEGAL MATERIAL STORED IN R & R**

Upon request by a PLU, the Senior Librarian will complete a "Legal Material Access" form (Attachment "C") and route it to the Facility Program Sergeant in order for the inmate to retrieve or exchange legal material from storage. The librarian's function is to verify PLU status; only custody staff can facilitate access to stored legal materials.

**21.9.15 GLU ACCESS TO LIBRARY**

General Legal Users (GLU) are inmates who wish to receive library services but who do not have a verified court deadline. Inmates who have attorney representation may utilize library services as a GLU. GLU's may submit a Library Access Request form via institutional mail, or at library service windows. When physical access is needed ducats will be issued on a "First come, first served" basis. Under normal conditions a GLU will receive either paging or physical access within seven days of his request, excluding legal holidays.

**21.9.16 LOCKDOWN OR STATE OF EMERGENCY**

Emergency library services shall be provided via paging if a lockdown or other situation curtails inmate movement for more than ten days.

Inmates claiming PLU status may send Library Access Request forms with their court deadlines to the libraries via the "Inmate Request for Library Services" procedure.

PLU's requiring physical access shall be ducated to the libraries (under escort, if necessary) as soon as security conditions permit. If security conditions do not permit PLU movement, paging services only will be