June 26, 2008

United States District Court,
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca. 94102

FILED

JUL 14 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

RE: Rodrigo Vasquez Hernandez
     Case No: CV 08 2892 TEH

Dear Honorable Judge Thelton E. Henderson

        This present case had no physical evidence
to convict defendant. A conviction was obtained
by ineffective counsel, hearsay evidence, prosecutor
misconduct, erroneous admission of propensity evidence,
inproper admission of adult tapes and Knock-notice
rule violation, inadequate investigation, and United
States Constitution Amendments violations.

        Yet physical evidence was present but not
thoroughly introduce. Enclose please find Doctor
David Kerns, Medical Director for Child protection
who examine the victim on April 1, 2003. Dr
Kerns carefully examined the victim with colposcopy
and magnified photographs were taken showing
NO Definite Evidence of Anogenial Trauma
and The Absence of Evidence of Penetrating
Trauma. The victim claimed to be raped
and sexually assaulted over 30 times.

RE: Rodrigo Vasquez Hernandez
    Case No: CV 08 2892 TEH

Enclose also find In-Custody Verification of Defendant during the time sexual assaults were said to have been committed. It was physical impossible for the defendant to be in two places at once.

I am able to obtain a laptop computer. This at the generousity of my family. I am willing to continue via E-filing (EFP). I am patiently waiting a court order permitting me to do so. The California Department of Correction (CDC) is maliciously and reluctanly keeping prisoners from entering the electronic age. prisoners want self improvement and more educational programs in hopes of not returning to prison. It seems the CDC is more interest in keeping the status quo and the prison population growing.

Sincerely

Rodrigo Vasquez Hernandez
CV 08 2892 TEH.
V54637   B3-143
SVSP.
31625 Hwy 101
Soledad, Ca. 93960

Dedicated to the Health
of the Whole Community

Santa Clara Valley Medical Center
Center for Child Protection
David ...
Mary L. ...
Clinic ...
Angie M. ...
751 S. Bascom Ave ...
San Jose, CA ...
(408) ...
FAX (408) ...

April 1, 2003

Detective Juan Serrano
San Jose Police Department
Sexual Assault Investigations Unit
201 W. Mission Street
San Jose, CA 95110

RE: _____ Korina
VMCA _____
Subject: _____
DII _____
DOB _____

Dear Detective Serrano:

Thank you for referring Korina M____ to Santa Clara Valley Medical Center for evaluation of concerns of possible child sexual abuse. As you know, Korena is a 13 and 2/12-year-old Hispanic female who has made an allegation of penile-vaginal contact, with tearing, by her grandmother's ex-boyfriend. You said that she has also described having the suspect ejaculate on her chest. You said that this alleged sexual contact occurred over a 2-3 year time frame with the last contact being sometime in 2002.

Korina was accompanied to the Center for Child Protection by her mother and stepfather. She asked that her mother accompany her to the exam room. Korina denied any current medical problems. Her mother said that at 7 or 8 years of age she suspected that some sort of sexual contact may have been occurring and took her to their family doctor. She said that Korina was examined and her mother, Varina Dominguez, was "given advice." Korina has not required any medications recently. She has never been hospitalized. She is in the seventh grade. Her mother said that she is an excellent student. Korina and her mother agreed that she has had sleeping and eating problems in the past. She has no current history of pain with urination or constipation. Ms. Dominguez said that Korina had a urinary tract infection and urinary accidents at 8 or 9 years of age. Korina began having menstrual periods at 11 years of age. Her last menstrual period began in late February 2003. Ms. Dominguez said that their household consists of herself, her husband, who is Korina's stepfather, Korina, Korina's 6-year-old brother and maternal grandmother, a cousin and the cousin's daughter. Ms. Dominguez said that Korina visits her father in Campbell every other weekend.

No attempt was made to elicit further disclosure from Korina at this time.

Letter to Detective Juan Serrano
RE: ████████ Korina

General physical examination revealed an occasionally teary-eyed but cooperative young adolescent female in no acute distress. Her weight was ██ pounds (75th percentile for age) and her height was 59½ inches (25th percentile for age). Her head appeared to be normocephalic. Her pupils were equal, round and reactive to light. Her extraocular movements were full. Her tympanic membranes were entry. Her nose was clear. Her throat and tongue were unremarkable. She had orthodontic braces on her teeth, which were otherwise unremarkable. Her neck was supple without masses or lymphadenopathy. Her chest was clear to auscultation. Her heart rate and rhythm were ████ normal limits with no evidence of murmur. Her abdomen was soft with no ████████ organomegaly. Her skin was clear. Her extremities ████ demonstrated full range of motion and gross muscle bulk, tone and strength were within normal limits. Her developmental stage Tanner V.

Her anogenital area was carefully examined with colposcopy and magnified photographs were taken. In the supine lithotomy position, the mons pubis, labia majora, labia minora and clitoris were unremarkable. Labial separation and traction revealed an estrogenized, nearly completely adherent hymen. The hymen dilated with traction. The dilated hymenal opening measured 5.5 mm transversely by 6.5 mm vertically. With labial traction, there was a suggestion of narrowing at 4 to 5 o'clock. There was prominent vascularity of the anterior mucosa particularly at 1 to 3 o'clock and at 11 o'clock. The hymenal area was examined in the prone knee-chest position. In this view, the hymen dilated further. There was a small mound at 1 o'clock. The previously described area of possible narrowing was noted between 9 and 10 o'clock. There was exposure of a layer of mucosa, which is an intravaginal longitudinal ridge. The posterior fourchette was unremarkable, as was the perineal body. The anal area was also examined in the prone knee-chest position. The rugal folds were symmetric. There was no anal dilatation during the exam. The color of the anus remained normal throughout the exam.

**IMPRESSION**

No definite evidence of anogenital trauma.

**DISPOSITION**

Cultures were obtained from the vagina to rule out gonorrhea and chlamydia.

**COMMENT**

The absence of evidence of penetrating trauma by no means rules out the possibility of the alleged sexual contact.

Page 2

Letter to Detective Juan Serrano
RE: _____ Korina

Thank you again for referring Korina M_____ to Santa Clara Valley Medical Center.
Please let us know if we can be of further assistance with this case.

Sincerely,

Mary Ritter, Child Abuse/Neglect
Physician Assistant, Center
#012075

David L. Kerns, M.D.
Medical Director, Center for Child Protection
#012875

MR:DLK:bjk

Department of Correction

180 West Hedding Street
San Jose, California 95110-1772
(408) 299-4005 FAX 288-8271

Jim Babcock
Chief of Correction

### IN-CUSTODY VERIFICATION

NAME: HERNANDEZ, RODRIGO VASQUEZ

DOB: 03/13/1948

SANTA CLARA CO BOOKING #: 00031373

I HEREBY CERTIFY THAT THE ABOVE DEFENDANT WAS IN CUSTODY
DURING THE PERIOD 09/19/2000 TO 02/05/2001.

\*\*\* FOR CONVICTION OR CHARGE INFORMATION CONTACT
    THE SENTENCING COURT OR SANTA CLARA COUNTY
    SHERIFF'S OFFICE - THE DEPARTMENT OF CORRECTION
    WILL NOT GIVE CONVICTION INFORMATION \*\*\*

DEPARTMENT OF CORRECTION FOR THE COUNTY OF SANTA CLARA BY:

MARTINEZ
OFFICIAL REPRESENTATIVE ID/BADGE #: _____
DATED THIS    4TH    DAY OF    OCTOBER, 2003

```
*************************************
*                                 *
*                                 *
*                                 *
*                                 *
*                                 *
*                                 *
*                                 *
*                                 *
*                                 *
*************************************
```

**CONFIDENTIAL
DO NOT DUPLICATE**



Board of Supervisors: Donald F. Gage, Blanca Alvarado, Pete McHugh, James T. Beall, Jr., Liz Kniss
County Executive: Richard Wittenberg



July 31, 2021

**County of Santa Clara**
Department of Correction

180 West Hedding Street
San Jose, California 95110-1772
(408) 299-4005  FAX 288-8271

Jim Babcock
Chief of Correction

IN-CUSTODY VERIFICATION

NAME: HERNANDEZ, RODRIGO VASQUEZ

DOB: 03/13/1948

SANTA CLARA CO BOOKING #: 99071963


I HEREBY CERTIFY THAT THE ABOVE DEFENDANT WAS IN CUSTODY
DURING THE PERIOD 12/15/1999 TO 12/19/1999.


*** FOR CONVICTION OR CHARGE INFORMATION CONTACT
    THE SENTENCING COURT OR SANTA CLARA COUNTY
    SHERIFF'S OFFICE - THE DEPARTMENT OF CORRECTION
    WILL NOT GIVE CONVICTION INFORMATION ***


DEPARTMENT OF CORRECTION FOR THE COUNTY OF SANTA CLARA BY:

MARTINEZ
OFFICIAL REPRESENTATIVE ID/BADGE #: _____
DATED THIS    4TH   DAY OF   OCTOBER, 2003


```
***********************************
*                                 *
*                                 *
*                                 *
*                                 *
*                                 *
*                                 *
*                                 *
*                                 *
*                                 *
*                                 *
***********************************
```

**CONFIDENTIAL**
**DO NOT DUPLICATE**

Board of Supervisors: Donald F. Gage, Blanca Alvarado, Pete McHugh, James T. Beall, Jr., Liz Kniss
County Executive: Richard Wittenberg



R Hernandez –
V54637, B3-143
Salinas Valley State Prison
P.O. Box 1050
Soledad, Ca. 93960-1050

STATE PRISON
GENERATED MAIL

U.S. District Court
Northern District of Cali
Attn. Honorable Judge Thelton E. Henderson
450 Golden Gate Avenue
San Francisco, Ca. 94102–

