IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODRIGO VASQUEZ HERNANDEZ,

    Petitioner,

v.

R. GROUNDS,

    Respondent.

NO. C08-2892 TEH

ORDER DENYING MOTION FOR STAY AND ABEYANCE OF HABEAS PETITION

This matter comes before the Court on Petitioner Rodrigo Vasquez Hernandez's motion to stay and hold in abeyance the habeas petition he filed on June 9, 2008. The motion is DENIED as moot because this Court already issued an order denying the petition on August 3, 2009.

**IT IS SO ORDERED.**

Dated: 12/15/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT